IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITEDHEALTH GRP. INC. & | : | |
| THE UNITEDHEALTH GRP. INC. EMPLOYEE | : | |
| HEALTH BENEFIT PLAN, | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 16-1026 |
| v. | : | |
| | : | |
| MACELREE HARVEY, LTD. & ELLEN F. | : | |
| NEFF, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 23rd day of August, 2016, upon consideration of Plaintiffs' Complaint, (Dkt No. 1), Defendants' Motion to Dismiss Plaintiffs' Complaint, (Dkt No. 4), Plaintiffs' Response in Opposition thereto, (Dkt No. 7), Defendants' Reply in Support thereof, (Dkt No. 9), and Plaintiffs' Surreply in Opposition thereto, (Dkt No. 12), it is hereby ORDERED that said Motion is DENIED. Defendants shall timely file an answer to the Complaint in accordance with all federal and local rules.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II    J.